**[J-43-2015] [MO: Wecht, J.]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 701 CAP |
| | : | |
| Appellee | : | Appeal from the Order entered on July |
| | : | 10, 2014 in the Court of Common Pleas, |
| | : | of Philadelphia County, Criminal |
| v. | : | Division at No. CP-51-CR-0936052- |
| | : | 1991 |
| | : | |
| WILLIAM A. JOHNSON, | : | |
| | : | SUBMITTED:  July 1, 2015 |
| Appellant | : | |

**CONCURRING OPINION**

**JUSTICE TODD**                                                    **DECIDED:  June 20, 2016**

I join the Majority Opinion, except for its handling of Appellant's Kloiber[1] issue in Part IV(D).  On that issue, I join the analysis of Chief Justice Saylor in his Concurring Opinion.

Justice Donohue joins this concurring opinion.

---

[1] Commonwealth v. Kloiber, 106 A.2d 820 (Pa. 1954).